IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| INDUCTION DEVICES LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>LOWE'S COMPANIES, INC.,<br><br>    *Defendant.* | Civil Action No. 2:25-cv-788<br><br>(member case)<br><br>JURY TRIAL DEMANDED |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Induction Devices, LLC hereby dismisses this action without prejudice. According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Plaintiff voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1). Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: January 27, 2026

SHEA | BEATY PLLC

*/s/ Trevor J. Beaty*
Trevor J. Beaty
trevor@sheabeaty.com
One Grand Centre
1800 Teague Drive, Suite 500
Sherman, TX 75090
Tel: (903) 870-7771

*Attorneys for Plaintiff*
*Induction Devices LLC*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 27, 2026, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such filing counsel of record.

*/s/ Trevor J. Beaty*
Trevor J. Beaty
